

John Strand
John.Strand@WolfGreenfield.com
direct dial 617.646.8229

February 4, 2025

**VIA ECF**

Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Balestriere Fariello v. Gimlet Media, Inc.*,
              Docket No.: 24-2155

Dear Clerk:

    This firm represents Appellee Gimlet Media, Inc. in the above-referenced matter. Pursuant to Local Rule 31.2(a)(1)(B), we write to request that Wednesday, April 30, 2025, be the deadline for filing the Appellee's brief.

    Appellant filed its Opening Brief on Thursday, January 30, 2025. The requested April 30, 2025, filing deadline is 90 days from the date Appellant filed its Opening Brief, in accordance with Local Rule 31.2.

                                          Very truly yours,
                                          WOLF, GREENFIELD & SACKS, P.C.

                                          *s/ John Strand*
                                          John Strand
                                          Shareholder